[No. 18956-9-II.    Division Two.    August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
WAYNE MCKIEARNAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-01964-5, Grant L. Anderson, J., entered
December 7, 1994. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Bridgewater, A.C.J., and
Morgan, J.

[No. 19341-8-II.    Division Two.    August 28, 1997.]

*In the Matter of the Marriage of* EILEEN WERSTIUK,
*Appellant*, and HOWARD S. WERSTIUK, *Respondent*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 94-3-00057-3, Leonard W. Costello, J.,
entered January 12, 1995. *Affirmed* by unpublished
opinion per Houghton, C.J., concurred in by Armstrong
and Hunt, JJ.

[No. 19935-1-II.    Division Two.    August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
LEROY SCRUGGS, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 95-1-00204-5, James E.F.X. Warme,
J., entered August 23, 1995. *Affirmed* by unpublished
opinion per Hunt, J., concurred in by Houghton, C.J., and
Morgan, J.

[No. 19945-9-II.    Division Two.    August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK
LEE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 95-1-00185-7, James D. Roper, J., entered
September 29, 1995. *Affirmed* by unpublished opinion per
Seinfeld, J., concurred in by Morgan and Armstrong, JJ.